**Fill in this information to identify the case:**

Debtor 1: Ida Walls

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Mississippi (State)

Case number: 20-12602-JDW

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: The Bank of New York Mellon, as Indenture Trustee, for Mid-State Capital Corporation 2006-1 Trust

Court claim no. (if known): 4

Last four digits of any number you use to identify the debtor's account: XXXXXX0236

Date of payment change:
Must be at least 21 days after date of this notice: 9/5/2021

New total payment:
Principal, interest, and escrow, if any: $813.09

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 139.27     New escrow payment: $ 139.03

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?

   ☒ No
   ☐ Yes Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: ____ %     New interest rate: ____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Debtor 1  **Ida Walls**
           First Name   Middle Name   Last Name

Case number *(if known)* 20-12602-JDW

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Daniel Ross
   Signature

Date  7/22/2021

Print:  Daniel          Ross
        First Name   Middle Name   Last Name

Title  Authorized Agent for Creditor

Company  McCalla Raymer Leibert Pierce, LLC

Address  1544 Old Alabama Road
         Number    Street
         Roswell          GA          30076
         City             State       ZIP Code

Contact phone  425-458-3378

Email  Daniel.Ross@mccalla.com

|  |  |
|---|---|
| In Re:<br>    Ida Walls | Bankruptcy Case No.: 20-12602-JDW<br>Chapter:  13<br>Judge:  Jason D. Woodard |

## CERTIFICATE OF SERVICE

I, Daniel Ross, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Ida Walls
1062 Bubba Taylor Rd
Byhalia, MS 38611

Robert Hudson Lomenick,                    (served via ECF Notification)
P.O. Box 417
Holly Springs, MS 38635

Locke D. Barkley, Trustee                  (served via ECF Notification)
6360 I-55 North
Suite 140
Jackson, MS 39211

U. S. Trustee                              (served via ECF Notification)
501 East Court Street, Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   7/22/2021      By:   /s/Daniel Ross
               (date)               Daniel Ross
                                    Authorized Agent for Creditor

**shellpoint**
A DIVISION OF newrez

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603 0826
For Inquiries: (800) 365-7107

Final

MONROE WALLS
IDA WALLS
1062 BUBBA TAYLOR RD
BYHALIA MS 38611

Analysis Date: June 30, 2021
Loan: ▮▮▮▮▮

Property Address:
1062 BUBBA TAYLOR RD
BYHALIA, MS 38611

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Sep 05, 2021 | Prior Esc Pmt | September 05, 2020 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $674.06 | $674.06 | P & I Pmt: | $674.06 | Due Date: | October 05, 2019 |
| Escrow Pmt: | $0.00 | $139.03 | Escrow Pmt: | $139.27 | Escrow Balance: | $2,130.48 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $1,671.24 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $169.34 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment | $674.06 | $813.09 | Total Payment | $813.33 | Anticipated Escrow Balance: | $3,632.38 |

| Shortage/Overage Information | Effective Sep 05, 2021 |
|---|---|
| Upcoming Total Annual Bills | $1,668.32 |
| Required Cushion | $278.05 |
| Required Starting Balance | $712.89 |
| Escrow Shortage | $0.00 |
| Surplus | $2919.49 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 278.05. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 278.05 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Sept 2020 to Aug 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 713.36 | (1,469.18) |
| Sep 2020 | 139.27 | | 84.91 | 84.91 | * | Lender Placed Hazard | 767.72 | (1,554.09) |
| Sep 2020 | | | | 83.73 | * | Lender Placed Hazard | 767.72 | (1,637.82) |
| Oct 2020 | 139.27 | | 84.91 | 84.91 | * | Lender Placed Hazard | 822.08 | (1,722.73) |
| Nov 2020 | 139.27 | | 84.91 | | * | Lender Placed Hazard | 876.44 | (1,722.73) |
| Dec 2020 | 139.27 | | 652.27 | 652.28 | * | County Tax | 363.44 | (2,375.01) |
| Dec 2020 | | | 84.91 | 83.73 | * | Lender Placed Hazard | 278.53 | (2,458.74) |
| Jan 2021 | 139.27 | | 84.91 | 84.91 | * | Lender Placed Hazard | 332.89 | (2,543.65) |
| Feb 2021 | 139.27 | 278.54 | 84.91 | 84.91 | * | Lender Placed Hazard | 387.25 | (2,350.02) |
| Mar 2021 | 139.27 | 139.27 | 84.91 | 78.14 | * | Lender Placed Hazard | 441.61 | (2,288.89) |
| Mar 2021 | | | | 84.67 | * | Lender Placed Hazard | 441.61 | (2,373.56) |
| Apr 2021 | 139.27 | 139.27 | 84.91 | 83.51 | * | Lender Placed Hazard | 495.97 | (2,317.80) |
| May 2021 | 139.27 | 139.27 | 84.91 | | * | Lender Placed Hazard | 550.33 | (2,178.53) |
| Jun 2021 | 139.27 | 139.27 | 84.91 | 84.67 | * | Lender Placed Hazard | 604.69 | (2,123.93) |
| Jun 2021 | | | | 83.51 | * | Lender Placed Hazard | 604.69 | (2,207.44) |
| Jul 2021 | 139.27 | | 84.91 | | * | Lender Placed Hazard | 659.05 | (2,207.44) |
| Aug 2021 | 139.27 | | 84.91 | | * | Lender Placed Hazard | 713.41 | (2,207.44) |
| | | | | | | Anticipated Transactions | 713.41 | (2,207.44) |
| Jul 2021 | | P | | 84.67 | | Lender Placed Hazard | | (2,292.11) |
| Aug 2021 | | 1,671.24 P | | 84.67 | | Lender Placed Hazard | | (705.54) |
| | $1,671.24 | $2,506.86 | $1,671.19 | $1,743.22 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Final

Analysis Date: June 30, 2021
Loan: ▉

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 3,632.38 | 712.89 |
| Sep 2021 | 139.03 | 84.67 | Lender Placed Hazard | 3,686.74 | 767.25 |
| Oct 2021 | 139.03 | 84.67 | Lender Placed Hazard | 3,741.10 | 821.61 |
| Nov 2021 | 139.03 | 84.67 | Lender Placed Hazard | 3,795.46 | 875.97 |
| Dec 2021 | 139.03 | 652.28 | County Tax | 3,282.21 | 362.72 |
| Dec 2021 | | 84.67 | Lender Placed Hazard | 3,197.54 | 278.05 |
| Jan 2022 | 139.03 | 84.67 | Lender Placed Hazard | 3,251.90 | 332.41 |
| Feb 2022 | 139.03 | 84.67 | Lender Placed Hazard | 3,306.26 | 386.77 |
| Mar 2022 | 139.03 | 84.67 | Lender Placed Hazard | 3,360.62 | 441.13 |
| Apr 2022 | 139.03 | 84.67 | Lender Placed Hazard | 3,414.98 | 495.49 |
| May 2022 | 139.03 | 84.67 | Lender Placed Hazard | 3,469.34 | 549.85 |
| Jun 2022 | 139.03 | 84.67 | Lender Placed Hazard | 3,523.70 | 604.21 |
| Jul 2022 | 139.03 | 84.67 | Lender Placed Hazard | 3,578.06 | 658.57 |
| Aug 2022 | 139.03 | 84.67 | Lender Placed Hazard | 3,632.42 | 712.93 |
| | $1,668.36 | $1,668.32 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 3,632.38.  Your starting
balance (escrow balance required) according to this analysis should be $712.89.  This means you have a surplus of 2,919.49.
This surplus must be returned to you unless it is less than $50.00, in which case we have the option of retaining in your escrow account.
it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.
A check will be mailed within 30 days from the date of the analysis if your loan is current.

We anticipate the total of your coming year bills to be 1,668.32.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $139.03 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $139.03 |

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt please be advised that this notice is to advise you of the status of your mortgage loan
This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicabl
bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against t
collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan If you want to request information about your lo
or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826